**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JORGE S.,[1] | : | |
| Petitioner, | : | Civil Action No. 19-20793 (JMV) |
| v. | : | **ORDER** |
| THOMAS DECKER, et al., | : | |
| Respondents. | : | |

This matter comes before the Court on Petitioner Jorge S.'s Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, (ECF No. 1), which was transferred to this District from the United States District Court for the Southern District of New York on November 25, 2019, (ECF No. 19). Counsel for Petitioner has submitted a letter requesting that the Court establish a briefing schedule on the merits of the Petition and advised that counsel for Respondents agrees to the proposed briefing schedule. (ECF No. 23.) Accordingly, and for good cause shown,

**IT IS** on this 20th day of December, 2019,

**ORDERED** that Respondents shall file a response to the Petition by January 10, 2020; and it is further

**ORDERED** that Petitioner shall file any reply by January 24, 2020.

s/ John Michael Vazquez
JOHN MICHAEL VAZQUEZ
United States District Judge

---

[1] Petitioner is identified herein only by his first name and the first initial of his surname in order to address certain privacy concerns associated with § 2241 immigration cases. This manner of identification comports with recommendations made by the Judicial Conference of the United States' Committee on Court Administration and Case Management.